367 P.2d 717

'STATE ex rel. LANCER POOLS CORP.,
a New York corporation, Relator,

v.

DISTRICT COURT OF SECOND JUDICIAL
DISTRICT IN AND FOR BERNALILLO
COUNTY, New Mexico, Respondent.

No. 7109.

Supreme Court of New Mexico.

Jan. 15, 1962.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the application for writ of prohibition be and the same is hereby denied.

367 P.2d 717

Rayno M. WANOSKIA, Petitioner,

v.

The FIRST JUDICIAL DISTRICT COURT,
SANTA FE, New Mexico, Respondent.

No. 7110.

Supreme Court of New Mexico.

Jan. 15, 1962.

COMPTON, Chief Justice, and CAR-MODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the petitioner be and he is hereby granted free process herein, and the Petition for Writ of Mandamus is hereby denied.